IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT STEFFANI,

      Plaintiff,                           No. CIV S-06-0514 GEB KJM P

      vs.

CALIFORNIA MEDICAL FACILITY,

      Defendant.                    FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 2, 2006, plaintiff's letter was denied without prejudice and thirty days leave to file a complaint and an application to proceed in forma pauperis was granted. The thirty day period has now expired, and plaintiff has not filed a complaint, application to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10 /mp
stef0514.fta